## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **JUSTIN G. KENNAWAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **1:22-cv-00036-JDL** |
| | ) |
| **SHAWN GILLEN et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Justin G. Kennaway, proceeding pro se, initiated this action on February 7, 2022 (ECF No. 1).  Kennaway filed an Amended Complaint on May 4, 2022 (ECF No. 9), alleging that he was unconstitutionally deprived of adequate medical care while he was a pretrial detainee at the Aroostook County Jail. Defendants Craig Clossey, Shawn Gillen, and Joseph Tompkins filed a Motion for Judgment on the Pleadings on June 30, 2023 (ECF No. 27).

United States Magistrate Judge John C. Nivison filed his Recommended Decision on the Motion for Judgment on the Pleadings with the Court on September 7, 2023 (ECF No. 30), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2023) and Fed. R. Civ. P. 72(b).  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

Notwithstanding this waiver, I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge.  I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 30) of the Magistrate Judge is hereby **ACCEPTED** and Defendants' Motion for Judgment on the Pleadings (ECF No. 27) is **GRANTED**.

**SO ORDERED.**

**Dated this 6th day of October, 2023.**

_____
     /s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**